# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                              PLAINTIFF,<br><br>v.<br><br>DAVID RAYMOND BROWN<br>fka "David Brown Levy,"<br>fka "David Addison Brown<br><br>                                              DEFENDANT(S) | CASE NUMBER:<br><br>2:25-cr-00691-AB    1<br><br><br>**WARRANT FOR ARREST** |
|---|---|

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DAVIS RAYMOND BROWN, fka David Brown Levy, fka David Addison Brown** and bring him/her forthwith to the nearest Magistrate Judge to answer an Indictment charging him/her with

18 U.S.C. § 1343: Wire Fraud;
18 U.S.C. § 1957: Transactional Money Laundering;
18 U.S.C. § 1028A: Aggravated Identity Theft

| Brian Karth<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>[signature]<br>SIGNATURE OF DEPUTY CLERK | August 20, 2025         Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:   STEPHANIE CHRISTENSEN<br>            NAME OF JUDICIAL OFFICER |
|---|---|

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. DAVID RAYMOND BROWN fka "David Brown Levy," fka "David Addison Brown" DEFENDANT(S) | CASE NUMBER: 1 <br><br> **WARRANT FOR ARREST** |
|---|---|

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH: **1986** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: **FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: